JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL PULVER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 – 10, inclusive,<br><br>Defendants. | No. 2:25-cv-01226 (PVCx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6: CASE CLOSED** |

Based on a review of the Joint Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 38)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows. This action is dismissed in its entirety with prejudice as to all claims and all parties. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties.

**IT IS SO ORDERED.**

Dated:   April 7, 2026

John A. Kronstadt
United States District Judge

- 2 -